# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELLEN ANNETTE GILBOY**, | : | Civil Action No. 3:12-cv-1237 |
| Plaintiff, | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **ROBERT J. MELLON**, | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 16th day of October, 2012, upon consideration of the motion for reconsideration (Doc. 11) filed September 18, 2012, by plaintiff Ellen Annette Gilboy, and it appearing that Gilboy did not file a brief in support within fourteen days of submission of her motion, as required by Local Rule 7.5, but it appearing that any supporting brief would be frivolous as Gilboy's lawsuit is "simply meritless," (see Report and Recommendation, Doc. 4, at 15), it is hereby ORDERED that Gilboy's motion for reconsideration is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge